**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE COMPRESSION LABS, INC., PATENT LITIGATION _____ / | No. M 05-1654 MMC<br><br>**ORDER OF RECUSAL** |

I, the undersigned Judge of the Court, finding myself disqualified in the above-entitled Multidistrict Litigation, which consists of nine actions, hereby recuse myself from this case, and request that the case be reassigned. Because Multidistrict Litigation matters are not assigned in the same manner as other cases, this matter is referred to the Chief Judge for reassignment.

Any pending dates of motions and pretrial conferences are hereby vacated and are to be reset by the newly assigned Judge.

**IT IS SO ORDERED.**

Dated: August 10, 2005

_____
MAXINE M. CHESNEY
United States District Judge